**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————————————
**UNITED STATES OF AMERICA,**

                                                 **05 Civ. 9416 (JGK)**
                                                 **01 Cr. 0571 (JGK)**

              **- against -**
                                                 <u>**MEMORANDUM OPINION**</u>
                                                 <u>**AND ORDER**</u>

**FRITZ G. BLUMENBERG,**

                    **Defendant.**
————————————————————————————————

**JOHN G. KOELTL, District Judge:**

        The Court has received the attached submission from the
defendant, dated August 5, 2014.  The defendant pleaded guilty
to various charges in April 2002 and was sentenced principally
to thirty months of imprisonment to run concurrently on all
counts.  Judgment was entered in May 2003, and the defendant's
sentence was affirmed on appeal in May 2004.  <u>See</u> <u>United</u>
<u>States v. Blumemberg</u>, 96. F. App'x 776 (2d Cir. 2004) (summary
order).  Thereafter, the defendant filed various collateral
challenges to his conviction, which have been found to be
without merit.  <u>See, e.g.,</u> <u>Blumenberg v. United States</u>, Nos.
05cv9416 & 01cr571, 2009 WL3459185 (S.D.N.Y. Oct. 27, 2009);
<u>Blumenberg v. United States</u>, Nos. 05cv9416 & 01cr571, 2008 WL
1944012 (S.D.N.Y. Apr. 30, 2008).

        In his current submission, the defendant asks for
disclosure of various documents.  The defendant does not have
any applications pending to which such documents would be

relevant, and the defendant has failed to show good cause for production of the documents in any event.  See Garafola v. United States, 909 F. Supp. 2d 313, 335 (S.D.N.Y. 2012).  The request is therefore **denied**.

The defendant also seeks an order preventing the Internal Revenue Service from engaging in collection efforts.  The defendant has failed to present any plausible basis for that request and the request is therefore also **denied**.

Finally, the defendant asks that the Court recuse itself. The defendant has presented no basis for that request and it is therefore **denied**.

All of the defendant's applications are **denied**.

**SO ORDERED.**

**Dated:    New York, New York**
**          August 6, 2014**                    _____/s/_____
                                                        **John G. Koeltl**
                                               **United States District Judge**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

For online publication

UNITED STATES OF AMERICA

01 Cr. 0571 (JGK)

- Against -

[EX-PRISONER PRO SE]APPLICATION
FOR DUE ORDERS TO LASTLY DIVULGE
COURT-KEPT DARK SECRETS OF A CONTRIVED
CRIM CASE LADEN WITH MAMMOTH JOINT
GOVERNMENT FRAUD AND OFFICIAL ULTRA
VIRES ACTS OF MALADMINISTRATION OF
JUSTICE AND FOR AN IRS-DESIST-ORDER,
IN LIEU RECUSAL AND REASSIGN OF CASE

FRITZ G BLUMENBERG

(NOT A CIV-CASE "ERROR" SUBMISSION)

Here comes Fritz G. Blumenberg, ex-prisoner since 2006,
Applicant pro se, moving for **ORDERS to DIVULGE** for immediate
release certain hidden DOCUMENTS to demonstrate jurisdictional
IRREGULARITIES, to wit: **June 2001 Grand Jury Records & Juror
Foreperson's AO 190 Court-Certificate** for good CAUSES listed
below in the INTEREST OF FAIRNESS IN JUSTICE and, second, for an
**ORDER** directing **Plaintiff's agency IRS to SEIZE** Collection
efforts from Applicant, and, third, to **ORDER THE PRODUCTION OF
WHAT THE GOVERNMENT CLAIMED AS "ARREST WARRANT"** evidently
"drafted" June 14, 2001, or _alternatively, in lieu of grants of
the foregoing_, **RECUSAL from this case for REASSIGNMENT** to an
_uninterested_ Art.III judicial officer of this District, or of
another District Court in further avoidance of conflicted
process.

### Pro Se Statement

under authority of the supremacy and equal protection
clauses of the United States Constitution and the common
law authorities of Haines v Kerner, 404 U.S. 519, Platsky



1

v. C.I.A. 953 F.2d. 25. In re Haines: pro se litigants
(Applicant is pro se) are held to less stringent pleading
standards than BAR registerees. Regardless of the
deficiencies in their pleadings, pro se Applicants are
entitled to the opportunity to submit evidence in support
of their claims. In re Platsky: court errs if court
dismisses the pro se litigant without instruction of how
pleadings are deficient and how to repair pleadings.

## Preliminary on LAW

*US V. COTTON (01-687) 535 U.S. 625 (2002):* "Because subject-
*matter jurisdiction involves a court's power to hear a case, it can*
*never be forfeited or waived. Thus, defects require correction*
*regardless of whether the error was raised in district court".* And,
*"Where jurisdiction is challenged it must be proved."* (Hagan vs.
Lavine, 415 U.S. 528 (1974)); see also: *"Without jurisdiction the*
*court cannot proceed at all in any cause. Jurisdiction is power to*
*declare the law, and when it ceases to exist, the only function*
*remaining to the court is that of announcing the fact and dismissing*
*the cause." (Exparte McCardle, 7 Wall.506,514 (1869)];*

## All evidence of facts below are clear,
## convincing, undeniable and grievous

A breach of constitutional duties through abusive judicial
maneuvering which was crafted to and caused an end run around
DUE PROCESS, the RULES OF LAW and Congressional mandates against
prejudicial complots by the two lower branches, whereby
CORRUPTNESS OF THE INAUGURAL INDICTMENT IMBROGLIO'S FALSE CLAIM
OF A BOGUS "FILED DATE" FIVE DAYS EARLIER THAN REAL AND TRUE (on
19 June 2001) and by means of such false "DATE" Claim, SOUGHT TO
RE-ANIMATE DEAD, TIME-BARRED OVERT ACTS FOR A BOGUS "JUST-IN-

2

TIMELINESS", PREJUDICED the defendants, VOIDED AND RENDERED **S1 &**
**S2** equally **invalid since both superseders relate back to S**.

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CRIMINAL DOCKET FOR CASE #: 1:01-cr-00571-JGK-1**

Case title: USA v. Blumenberg, et al.                    ≫≫≫ Date Filed: 06/19/2001 ≪≪≪
                                                                        Date Terminated: 05/22/2003

Assigned to: Judge John G. Koeltl                    **No "SEALED" PRIORS !**

**Defendant (1)**

**Fritz G. Blumenberg**                    represented by **Philip L. Weinstein**
*TERMINATED: 05/31/2003*                                        The Legal Aid Society, Federal

Mary Jo White, United States Attorney
Criminal Division
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2488
*LEAD ATTORNEY*

**invalid backdate**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2001 | 1 | SEALED INDICTMENT as to Sealed Defendant 1 (1) count(s) 1, 2, 3, Sealed Defendant 2 (2) count(s) 1, 2, 3, Sealed Defendant 3 (3) count(s) 1, 2, 3 (jm) (Entered: 06/20/2001) |
| 06/19/2001 **False !** | 2 | ORDER as to Sealed Defendant 1, Sealed Defendant 2, Sealed Defendant 3; Unsealing Indictment ( Signed by Magistrate Judge Henry B. Pitman ). Copies mailed. (jm) (Entered: 06/20/2001) |
| 06/19/2001 **False !** |  | Indictment unsealed as to Sealed Defendant 1, Sealed Defendant 2, Sealed Defendant 3 (jm) (Entered: 05/20/2001) |
| 06/19/2001 |  | CASE Assigned to Judge John G. Koeltl (jm) (Entered: 06/20/2001) |
| 06/19/2001 |  | PLEA entered by Fritz G. Blumenberg, John C. Lee. Court accepts plea. Not Guilty: Fritz G. Blumenberg (1) count(s) 1, 2, 3, John C. Lee (2) count(s) 1, 2, 3 (jb) (Entered: 06/21/2001) |

**Part I**

3

A. If, hypothetically, the Grand Jury would have, arguendo, concurred on June 14, 2001 to issue a TRUE BILL for Conspiracy and Fraud against Applicant and others, the Grand Jury *would have delivered* such bill duly signed by the Foreperson accompanied by U.S. Court's Jury-Concurrence-Form AO 190, for the USANYS's FILING of a "True Bill" and for the FBI for process[1] and execute upon.

## The Grand Jury did not concur on June 14, 2001[2]. No such proof has been presented by the government, and this COURT shielded Grand Juror records from inspections, that were duly demanded

B. If, hypothetically, Grand Jury concurrence had take place, *arguendo*, a duly-signed TRUE BILL could have been duly FILED and would have duly been RECORDED on June 14, 2001, U.S.-Flag Day, in the Open Courtroom of Hon. Dolinger.

## A Magistrate "FILED" record, or reporter transcript DOES NOT exist.

C. If, hypothetically, a sufficient number of Grand Jurors had concurred, arguendo, foreperson B. Rehm could have issued Form AO190 to complete and validate a potential filing on June 14, 2001.

## No such AO 190 was COMPLETED, NOR FILED on record June 14, 2001

---

[1] The FBI had no true "bill or arrest/W" - see Appendix pages 1-5 of the FBI's own internal messaging that did not include a "real McCoy", but an unsigned, unconcurred draft indictment (page 5) and three false arrest warrant drafts containing phony clerk signature stamps, of which Mr. Viertel's false arrest warrant survived the DOJ cleansing of the files. This Court has relevant evidence of the "fake draft" on hand, as submitted by Mr. Viertel, specimen intra.

[2] Court and Prosecutorial allegations to the contrary, are <u>unproven thus blatantly false</u>

4

D. If, hypothetically, the FBI would have stood by their "motto claim" of **INTEGRITY**, the FBI broadcast message (Appendices 1·5) to three resident agencies could not have been sent, because of the FALSE CLAIMS CONTENT and false labels for three presumptively innocent persons as **"FUGITIVES"**, in itself an unlawful branding causing grave prejudice during a time Grand Jurors were still in session without results.[the government later produced Marshal Service's "Marshal Intake Form" of 6/19/2001 which must be deemed deceptive, defective and incomplete, while in Direct CONFLICT with the FBI's district crossing apprehensions of Applicant and John Lee in Connecticut.

### The FBI did not demonstrate INTEGRITY but FRAUD

E. If, hypothetically, a Court believes it could obtain jurisdiction for a "charged Conspiracy" pursuant to three expired overt acts by a simple District Court Clerk's **backwards dating** ["FILED June 14, 2001] rubberstamp manipulation[3] and by a preconceived, albeit mislabeled, mendacious Magistrate ORDER[4] to retro-transport **ternary** (3) time-barred §371 "overt acts" to "*squeeze*" these **dead** acts inside the **expired** statutory term of 5 years, **such Court was dead wrong in this mistaken belief**. Fortunately, a quasi-official 2014 discovery, *suis-sponte*, by patriotic, conscientious American Clerks was red-flagged anonymously to the defendants. These laudable persons despised the

---

[3] Executed in "INK" by Court Clerk Jim Molinelli – initial "J"

[4] Magistrate H.Pitman headlined/entitled his false ORDER, see DOC#2, erroneously and rather surprisingly as "INDICTMENT", as if, arguendo, prosecutors designed the "ORDER".

amoralities inside this Court house. Thus, it is an rare
but open book now, how a famous District Court abused its
powers, ink and rubberstamps in a continuing enterprise
without constitutional authority to get caught for this
willful, sophisticated but unlawful conduct [transcript
snapshot below demonstrates the omnipresence of bad faith
by a learned judge]:

> 21    "a.  On or about June 17, 1996, Christian T. Viertel,
> 22  the defendant, caused Agate Reality Corporation to deliver to
> 23  Fritz G. Blumenberg, the defendant, an invoice seeking payment
> 24  of $8,320.
> 25        "b.  On or about June 18, 1996, Fritz G. Blumenberg,

SOUTHERN DISTRICT REPORTERS (212) 805-0300

> 245UBLUP                                           19
>
> 1  the defendant, submitted to Burda Media, the invoice described
> 2  in 8(a), that is, the $8,120 invoice.
> 3        "c.  On or about June 18, 1996, Fritz G. Blumenberg,
> 4  the defendant, submitted to Burda Media two Best Messenger
> 5  invoices seeking payment of $4,262.10 and $3,378.48."

F. Here, a Court implicates itself over such willful
usurpation of jurisdiction, inter alia, beyond reach under
18 USC §371, to act as manufacturer of undue process and
producer of a corrupt plea resulting in a "bogus
conviction" that lacked factual basis the Court knew to not

6

exist. During such "travesty"[5] (above), a "plea" was
unintelligently and involuntarily coerced over withheld
exculpatory information. In 2010 Applicant unilaterally
withdrew his bogus plea for other good causes.

G. If, hypothetically, **Magistrate Pitman** had less than bad
faith on his mind, the Magistrate would have reviewed the
Court RECORDS, FILING and DOCKETS, called upon Hon.
Dolinger, and demanded proof from the government that would
have included the "Application to SEAL, to FILE" and the
disposition thereof by Hon. Dolinger.

**Magistrate Pitman failed his solemn duty.**

i) Moreover, Mag. Pitman should have assured the FILED
**Criminal Case Information Sheet** (sampler **A** below),
lack thereof, should have stopped the Magistrate from
issuing his falsification FILED as DOC#2:

| 9 | Has this indictment/information been ordered sealed? | ☒ Yes ☐ No |
| 10. | Have arrest warrants been ordered? | ☒ Yes ☐ No |
| 11. | Is there a capital count included in the indictment? | ☐ Yes ☒ No |

Crim Case Information sheet            LORETTA E. LYNCH
Sampler A.                             UNITED STATES ATTORNEY

                                 By:   Winston M. Paes
                                       Assistant U.S. Attorney

ii) Moreover, Absence of an **APPLICATION FOR LEAVE TO FILE
DOCUMENT UNDER SEAL** (sample **B** below) should have short
stopped the Magistrate from issuing a counterfeit

---

[5] Dkt 01-571: Filed Date 07/18/2003 #92 TRANSCRIPT of record of *[guilty plea]* proceedings as to Fritz G. Blumenberg for dates of 4/5/2002, before Judge John G. Koeltl . (ph) (Entered: 8/21/2003)

7

ORDER, despite a Magistrate's potential BLIND SPOT for
prosecutorial misconduct inside his Courtroom.



In fact, Magistrate Pitman's 6-19-2001 "INDICTMENT" [sic ?]
labeled **"ORDER" is impervious to truthfulness**, see DOC#2,
and in contradiction to this COURT's own internal and
public records while the Magistrate participated and "knew
to a certainty that fraud was occurring". Those records
serve as *prima facie* PROOF and JUDICIAL NOTICE to
demonstrate that an impartial & independent judiciary was
not on the job here, and consequently endangered public
safety, while trampling upon constitutional rights and
liberty not only of this Applicant. "*FORGERY*" was **indelibly**
stamped upon the **never sealed** nor **unsealed** "INDICTMENT" on
June 19, 2001, giving bad faith another obeisance.

8

H. Furthermore, and squarely probative of the
fabricated backdating fraud, one USANYS prosecutor arrived
at the U.S. Courthouse in the morning of June 19, 2001 and
physically FILED the first and only SIGNED[6] INDICTMENT, to
be considered the "inaugural CASE FILING, **consistent with
the DOCKET's CASE OPENING "FILED DATE" of June 19, 2001**
(supra, clip from Docket). The filer utilized an official
coversheet, Court Form USA 33s 274 (Ed.9 25-58), captioned:
US vs. BLUMENBERG, LEE, VIERTEL --- INDICTMENT 01
Cr._[blank]__ MARY JO WHITE [blank], Foreperson [blank] and
these pivotal words:

"6/19/01 Filed Indictment. Case assigned to Judge Koeltl
For all purposses [sic]. Signature /S/".

(Signature redacted, spelling error in Original, see below)

A form which the USAO's filer duly annotated by handwritten
comment on the bottom of the official cover: specimen photo
taken from Court files:



This annotation puts the - dubitable   allegations of prior
Court actions, antecedent to June 19, 2001, **to a full rest**,
and serves as proof, that the first assigned Judge was
JUDGE KOELTL who, right out of the gates, lacked key

— — — — — —   -

[6] Signed by Foreperson Bernhard Rehm and by U S Attorney Mary-Jo White

9

subject matter JURISDICTION over §371 for statutory
limitation reasons [18USC§3282] that had been falsely
anchored upon three time-barred overt acts outside the 5
year limit.

```
20          THE COURT:  One of the overt acts that is alleged in
Conspiracy Thus barred
21    the indictment is that, on or about June 17, 1996, Christian
22    Viertel caused Agate Reality Corporation to deliver to you an
23    invoice seeking payment of $8,120 and then, (B) on or about
24    June 18 you submitted to Burda Media that invoice.
25              Did you do that?    (reply Blumenberg: Can't recall anything.)

              SOUTHERN DISTRICT REPORTERS (212) 805-0300

      245UBLUP  Fritz Blumenberg faux guilty plea 4/5/2002 (revoked)    38.
```

Elsewhere the Court stated [below], albeit to deceive
Applicant, during the same guilty-plea phase on record:

          There is a limit to how much time the Government has to
obtain an indictment.  For you to determine the defendant guilty
of conspiracy, the Government must prove beyond a reasonable
doubt that at least one overt act in furtherance of the
conspiracy was committed after June 14, 1996.

I. If, hypothetically, FBI, Harris and Weddle would have been
able to obtain a FILED ORDER on 6-14-2001, a SEAL ORDER or

10

a JUDICIAL SIGNATURE on the A/Warrant "draft" [7] from
*designated* "on-duty" Judge Hon.Dolinger [who apparently
denied Court action for lack of good cause and good
paperwork], these three "goodfellas" [AUSA Harris/Weddle
supervised by AUSA George Canellos] might not have drafted
a fraudulent ARREST WARRANT – a decoy -see FN7 – on
6/14/2001 and might not have purloined a NYSD-property
COURT CLERK-Signature STAMP for fraudulent use, **but the**
**USAO TEAM did the bad act and crossed the bridge,** and
applied an intrinsically and extrinsically worthless ink-
gadget by a fake clerk nick-named *"Melanie L Lopez"*. "She"
is not a "She", "She" does not exist but was a non
deputized **ghost** at 500 Pearl Street, **unfit to authorize or**
**certify** any document and certainly not an "Arrest Warrant".
(Design, production and usage of "ghost"[8] Court signature
stamps are *"felonies"*, Senate's Jud. Committee has
unsurprisingly held in similar scenarios)

---

7

| 1 day, 1/111 | WARRANT FOR ARREST | AUE | NO.485 P.1312/ MARK HARRIS 637-248 |
| --- | --- | --- | --- |
| ited States District Court | | SOUTHERN DISTRICT OF NEW YORK | |

| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE | | |
| --- | --- | --- | --- |
| ORDERED BY | SIGNATURE (JUDGE/MAGISTRATE) | | DATE |
| HON: MICHAEL H. DOLINGER | | | JUNE 14, 2001 |
| CLERK OF THE COURT JAMES M. PARKISON | (BY) DEPUTY CLERK *Melanie L. Lopez* | | DATE ISSUED JUNE 15, 2001 |

[8] Applicant was assured by Court staffers, that *"Melanie L. Lopez"* is not a lone dehumanized alien
ghost, unbeknownst to the Court's Human Resources department or Court Security

11

J. It is all of Congress and, by extension, the American
Public paying for a COURT SYSTEM that harbors actors who do
not seem to understand the most fundamental concept of
separation of powers, due process or morality.

The EVIDENCE is in that these serious charges are true, and
therefore the *law&order* line *"heads should roll, and people
should go to jail"* seems appropriate here.

Whoever claims ignorance, avoidance or unawareness of the
lawless culture that festered within the Court – unlikely to
have been an exceptional event in this F Cubed case – allowed
torture to the RULE OF LAW and then to lie about it on end,
shall no longer remain blinded.

The recklessness extended to the point of causing limitless
pain and suffering to many people and families, particularly
Applicant's own American family and that is why this very core,
and basic culture, needs a thorough overhaul. It bears
mentioning that by virtue of this perfidious colorization and
fraud these government actors managed to burden their society
and the alien defendants with undue opprobrium.

**Judicial obstruction to REVEAL must end now as further
concealment of Grand Juror's June 2001 records and AO 190 would
be without a reasonable basis, or for the unworthy protection of
consequences, and is therefore duly demanded.**

However, in the event that this Court **does not make a clear
dispositive finding**[9] that this impervious, impressive list of
clear and convincing facts must cause instant **VACATUR** - *nunc pro
tunc* - of [all 3] Indictments and corresponding Convictions for
PREJUDICE, UNFAIRNESS, OFFICIAL FRAUD and TORT [CLAIMS that may
be brought at any time over LACK of JURISDICTION to convict
($371,§1341,§1343 et al)], then an **APPLICATION IS HEREBY MADE
FOR IMMEDIATE RECUSAL under 28 USC §455** over "more than the
appearance of partiality", at best, and over cognitive bias
having caused volitional ultra vires judicial acts against
Applicant and co-defendants.

## Part II

Pursuant to reasoned jurists knowledgeable and familiar with
government misconduct at Grand Jury session, the Record and
Transcript required to be revealed after 13 years in hiding,
serves another very educational purpose to remind the public
that concepts of more honor and less deception are not
altogether new:   Since *July 30, 1778 U.S. law stated "Resolved
that it is the duty of all persons in the service of the United
States   to give the earliest information to Congress or any
other proper authority of any misconduct, frauds or misdemeanors*

_____

[9] The litany of uncountable prior indignant and merit-free judicial
denials was noticeably issued to conceal and divert from the presence
of judicial *scienter* of unfairest prejudice [even before this
shameful ongoing process commenced] with pre- and post-punitive
consequences by Applicant's unfair deportation and was intended to
discourage discovery of systemic Federal Court trickery, its
comingling racket to shield Bar Association **"fellas"** from due
recourse, derail risk of sanctions or disbarment and discovery of the
unfairness of judicial process at the Southern District.

13

*committed by any persons in the service of these states, which may come to their knowledge."*

## Clear and Convincing Proof of Absence of any valid, recorded OPEN COURT FILING on June 14th 2001 against Applicant Blumenberg et al.

The entire Court Calendar and its Docket Listings for June 14, 2001 leave no doubt, that any shape or form of a United States' titled "Case" vs. Applicant **BLUMENBERG** [et al] was in certified, clear and convincing absentia until the INDICTMENT was finally FILED with ample proof of a falsified **backdater stamp** in the morning of June 19, 2001, around 09:30h and an inaugural Assignment for this new case fell[10] upon Hon. JUDGE KOELT.

## Additional ORDERS TO BE ISSUED

**Part II A:** Motion for an Order to produce "my hidden" **executed and returned "arrest warrant"** for which the FBI holds proof, was most likely than not invalidly drafted by fraud to cause a false arrest of a few mislabeled "FUGITIVES" and for unlawful capture, chain and transport of this Applicant at 0700am on June 19, 2001 from the Federal District of New Jersey to Manhattan's U.S. Courthouse holding

---

[10] District Judge Koeltl, Assignee, has repeatedly sidestepped applications for independent investigatory review under what circumstance the judge's own assignment occurred and, with disturbing impartiality, whether the "method" employed was lawful. This Applicant unsuccessfully alleged that, upon information, hints and belief, that the NYSD's criminal wheel was sabotaged during the June 19th "Judge Koeltl"- Assignment, what, if settled, places the government plaintiff under a most unfavorable Klieglite of judge-picking, something not entirely unheard of inside the NYSD Courthouse, as the Second Circuit recently remarked in a Criminal Argument.

cell, where Applicant met John Lee, transported from Connecticut, but never saw a SEALED INDICTMENT OR HIS WARRANT[11].

**Part II B:** To issue a judicial ORDER to prevent the IRS, a previous case participant, by SEIZE AND DESIST DEMAND from any[12] and all collection efforts for 1995 and 1996, also, because this COURT has possession  on file [see Restitution Satisfaction Order Dec 2011 and Soc.Sec.#]  of certified documentation by BURDA, that Applicant refunded his employer [BURDA GmbH, Germany] a larger portion of 1995 and 1996 salaries and bonuses which the IRS unlawfully claimed as "earned" and as "undeclared" incomes for 1995 and 1996, but, these moneys were in fact neither earned , nor undeclared. Applicant's IRS income declarations made at tax time 1995/6 under perjury were truthful, crime-free, and even a few dollars higher than factual income, while they were, inadvertently, much more truthful and exact than subsequent government fabrications - reiterated during the "guilt acceptance" colloquia phase  false accusation made by the government to appear as aggravating criminal offenses to result in

---

[11] A 2006 FOIA release by the DOJ contained 280 pages, but omitted all "ARREST WARRANTS" allegedly issued by Magistrate Dolinger on June 14, 2001 [a falsity] or mandatory judicial authority to assign a random "FUGITIVE" label to *three unindicted defendants*.

[12] App icant served upon IRS' Frankfurt Consulate General branch 4-1-2012 a SEIZE and DESIST DEMAND, which caused the Frankfurt "branch" to seize unlawful, disputed collection harassment, however , the IRS' main-branch in Pennsylvania stepped in last month by mailing two invalid "demand" notices under false pretense by international postal mail in furtherance of their intent to defraud Applicant. Thus, because USPS MAIL SORT at JFK-Airport handled the outbound mail transfer to Germany, this Court's exclusive view on "mail fraud items & domestic stop-overs" in another district [NYED] squarely apply also to IRS, based on the serendipitous over-interpretation of 18 USC §1341 [a "*troubling view*" Appellate Courts & Applicant firmly reject as a self-serving *district* trespass to congressional will], the IRS must be stopped.

hypothetical tax underpayments[13]. The **26:§7206A** "Tax" charge was clearly bogus, a so called "fall-back" charge in the event the untruth of the "Conspiracy" and fraud charges would "exonerate" this Applicant, and to further create opportunity for more incarceration time in favor of the BOP.

## Postscriptum

The fact that th District Court nothing less than **ruthlessly** "certified" Applicant's 01-571 DOCKET and RECORDS as "truthful and correct" for transmission to the Second Circuit in each and every Appellate Proceeding, and despite awareness by certain sworn officers of the constitutionally violative FALSIFICATIONS caused by such certifications, an avalanche of prejudicial Appellate proceedings and worthless ORDERS resulted, that are now rendered NULL and VOID for VACATUR. Apparently, unchecked prosecutorial criminal justice powers can bleed into the presumptively noble workings the public must expect from the judiciary, and thus the Southern District's pond was poisoned for Congress to consider fresh waters.

As a reminder, George Washington wrote to Attorney General Edmund Randolph on September 28, 1789: "*Impressed with a conviction that* **the due administration of justice is the firmest pillar of good Government,** *I have considered the first arrangement of the Judicial department as essential to the happiness of our Country, and to the stability of its political system; hence the selection of the fittest characters to expound the laws, and dispense justice, has been an invariable object of my anxious concern.*"

---

[13] A German Court ruled last month in 5-SO-186/13 that funds received by Applicant from Christian Viertel since 1993/4/5/6 were genuine [outstanding] loans and were not taxable income.

16

The undersigned certifies pursuant to 28 USC 1746 that the foregoing
is true and correct in all material and legal aspects.

Dated:      Aug 1, 2014
Am Hempberg 2, D-21224 Rosengarten GERMANY
Tel: 011 49 4108 590 534 Fax 535

Fritz G.Blumenberg
Applicant, pro se

Service cert upon: Preetinder Bharara by DOJ-email (plaintiff)
Senate Judiciary Committee Chairman Patrick Leahy

Appendices (5) from FBI Files



1

17

(Rev. 10-01-1999)

## FEDERAL BUREAU OF INVESTIGATION

Precedence:  PRIORITY                                    Date:  06/15/2001

To:  Newark                              Attn:  Garrett Mountain RA
                                                SSA
     New Haven                           Attn:  Bridgeport RA
                                                SSRA
     Miami                               Attn:  Palm Beach RA
                                                SSA

From:  New York
       Squad C-12, ROMRA
       Contact:  SA

Approved By:

Drafted By:                    cmo

Case ID #:  196D-NY-279333  (Pending)

Title:  Fritz G Blumenberg FUGITIVE (B),
                           (B);
        ████████████████████ - FUGITIVE (B);                    b6
        BURDA MEDIA INC. - VICTIM;
        MF, FBW                                                 b7C
        OO:NY

Synopsis:  Locate and apprehend
           ████████████████████

Administrative:  Reference telephone calls on 06/15/01 from SSA
          █████ SSA █████ Principal Relief Supervisor █████
          (Bridgeport RA) and SSA █████

Enclosures



3) Enclosed for Miami are the following:
a) Copy of an arrest warrant for ██████████████████
   issued by the Southern District of New York.
b) Copy of the indictment charging ████████████

UPLOADED
WITH TEXT
WITHOUT TEXT
BY
DATE

fgbecb.wpd

Name INSERTED

Page 2

18



To: Newark   From: New York
Re: 196D-NY-279333, 06/15/2001

b6

b3 (FRCP) Rule 6(e)

Details: An investigation was conducted by the New York Office
of the FBI regarding possible mail and wire fraud charges against
_____ in his capacity _____ BURDA MEDIA
INC. The investigation revealed that
_____ BURDA MEDIA INC.
and its parent company, BURDA HOLDINGS GMBH, out of millions of
dollars over a period of years.

On 06/14/2001, a Federal Grand Jury returned an
_____ against _____
_____ Arrest warrants have been    b3
issued by the Southern District of New York charging BLUMENBERG
_____ with Title 18 USC Section 371 (Conspiracy), Title
18 USC 1343 (Wire Fraud) and Title 18 USC 1341 (Mail Fraud).

regularly.
_____ In order to avoid
flight, attempts should be made to arrest all subjects on the
same day, 06/19/2001.

        The Assistant United States Attorney (AUSA) assigned to
this matter is Mark Harris, Southern District of New York (SDNY).
Harris can be reached at (212) 637-2488.         Name inserted

Page 3

To: Newark   From: New York
Re: 196D-NY-279333, 06/15/2001

LEAD (s):

Set Lead 1:

                                name inserted
    NEWARK

        AT TENAFLY, NEW JERSEY

        Locate and apprehend BLUMENBERG   date of
    birth|           social security account number|
                            _____
    believed that
    _____
    _____ A criminal check conducted on
    _____
    _____
    Set Lead 2:
                                                    b6
    NEW HAVEN
                                                    b7C
        AT GREENWICH, CONNECTICUT

    _____
    _____ social security account number|        residence
    _____. A criminal check
    _____ The check did reveal that a
    _____

    Set Lead 3:

    MIAMI

        AT BOCA RATON, FLORIDA

Page 3 + 4

19

JUN-18-2001 02:57      FBI PBOSR      (Wholol)                    P.03/13

`FBI FED SERV  81:59:40  USPO LPB Flag                    NO.485    P.03/13`

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                    $01-5156-REV$

- v. -                                      INDICTMENT

FRITZ G. BLUMENBERG,                        01 Cr.
JOHN C. LEE, and
CHRISTIAN T. VIENTEL,

            Defendants.

- - - - - - - - - - - - - - - X

                    COUNT ONE

                    Conspiracy

    The Grand Jury charges:

                    Background

        1.    At all times relevant to this Indictment, Burda
Media, Inc. ("Burda Media") was a media company located Carrier
York, New York.  Burda Media was a wholly... the place at which it
Burda Holding, a German limit... one person to whom it is
principal plan... off and things, to wit, FRITZ G. BLUMENBERG,
... LEE, and CHRISTIAN T. VIENTEL, the defendants, caused
Burda Media to send from New York, New York to Burda Holding in
Offenburg, Germany, via an international freight company, phony
and inflated invoices that BLUMENBERG, LEE, and VIENTEL submitted
to Burda Media.

        (Title 18, United States Code, Sections 1341, 1346 and 2.)

Foreperson                              MARY JO WHITE
                                        United States Attorney

                    11

                                        PAGE.15    TOTAL P.13

20 Pages Total Submission

20